# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**SABINO MARTINEZ,**

    Plaintiff,

v.                                                        **No. 20-cv-1169 SMV/KRS**

**CITY OF CARLSBAD, LYNN PICKENS,
and ALBERT MOISA,**

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint against Defendants on November 9, 2020. [Doc. 1] at 1. Plaintiff had 90 days from filing the Complaint, or until February 8, 2021, to effect service of process. Fed. R. Civ. P. 4(m). There is no indication on the record that service of process has been effected with respect to the Defendants.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995); *Palzer v. Cox Okla. Telecom, LLC*, 671 F. App'x 1026, 1028 (10th Cir. 2016). Plaintiff must file his response no later than **March 29, 2021**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**